UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EMERSON, et al., | No. 2:19-cv-0810 TLN DB PS |
| Plaintiffs, | |
| v. | ORDER |
| KRISTA MITCHELL, | |
| Defendant. | |

On May 7, 2019, defendant Krista Mitchell filed a notice of removal of this action, Yolo County Superior Court Case No. PT18-696, from the Yolo County Superior Court, along with a motion to proceed in forma pauperis. (ECF Nos. 1 & 2.) Defendant is proceeding in this action pro se. Accordingly, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 17, 2019, plaintiff filed a motion seeking to sanction plaintiff pursuant to Rule 11 of the Federal Rules of Civil Procedure. (ECF No. 17.) That motion is noticed for hearing before the undersigned on July 26, 2019. However, on June 18, 2019, the undersigned issued findings and recommendations, recommending that this matter be remanded to the Yolo County Superior Court due to a lack of subject matter jurisdiction. (ECF No. 18.) Those findings and recommendations are currently pending before the assigned District Judge.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 17, 2019 motion for sanctions (ECF No 17) is denied without prejudice to renewal; and

2. The July 26, 2019 hearing vacated pending resolution of the June 18, 2019 findings and recommendations.

Dated: July 23, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/emerson0810.sanct.den.ord

2