UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EMERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTA MITCHELL,<br><br>Defendant. | No. 2:19-cv-00810-TLN-DB<br><br><br><br>ORDER |

Defendant is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 18, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 18.) The time for filing objections has expired, and Defendant has filed objections to the findings and recommendations. (ECF No. 19.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2019 (ECF No. 18) are adopted in full;

2. This action is remanded to the Yolo County Superior Court; and

3. The Clerk of the Court is ordered not to open another case removing Yolo County Superior Court Case No. PT18-696.

Dated: August 1, 2019

_____
Troy L. Nunley
United States District Judge