UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EMERSON and DANIEL ENOS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KRISTA MITCHELL,<br><br>　　　　　Defendant. | No. 2:19-cv-00810-TLN-DB |
| KATHLEEN EMERSON and DANIEL ENOS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KRISTA MITCHELL,<br><br>　　　　　Defendants. | No. 2:19-cv-01529-JAM-KJN<br><br>**RELATED CASE ORDER** |

Defendant removed Case No. 2:19-cv-01529-JAM-KJN on August 9, 2019. Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Pursuant to Rule 123 of the Local Rules of the United States District Court for the Eastern District of California, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event;

1

or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, the actions involve the same Plaintiffs and Defendant, are based on the same background facts, and involve the same or similar questions of law. Indeed, Defendant's Notice of Removal provides that the actions involve "identical claims, identical causes of action, same parties, and stems from a common nucleus of operative fact . . . ." (ECF No. 1 at 3.) Consequently, assignment to the same judge would "effect a substantial savings of judicial effort." L.R. 123(a), *see also* L.R. 123(c).

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:19-cv-01529-JAM-KJN is reassigned to District Judge Troy L. Nunley and Magistrate Judge Deborah Barnes, and the caption shall read 2:19-cv-01529-TLN-DB. Any dates currently set in 2:19-cv-01529-JAM-KJN are hereby VACATED, and the parties are ordered to refile any pending motions before this Court.

IT IS SO ORDERED.

Dated: September 11, 2019

Troy L. Nunley
United States District Judge

2